UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUEDA VALENCIA,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. 1:14-cv-1330-BAM<br><br>**ORDER EXTENDING BRIEFING SCHEDULE**<br><br>(Doc. 9) |

Based on the parties' stipulation (Doc. 9), and for good cause being shown, IT IS HEREBY ORDERED,

1. The parties' stipulation allowing Plaintiff an extension of time to serve her letter brief is **GRANTED**. (Doc. 9);

2. Plaintiff shall have up to and including **February 25, 2015**, in which to submit her Confidential Letter Brief to Defendant;

3. All other deadlines set forth in the August 28, 2014, Case Management Order are modified accordingly.

IT IS SO ORDERED.

Dated:   **February 17, 2015**              /s/ Barbara A. McAuliffe
                                                                UNITED STATES MAGISTRATE JUDGE

1