1  BENJAMIN B. WAGNER
United States Attorney
2  DONNA L. CALVERT
3  Regional Chief Counsel, Region IX
Social Security Administration
4  JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
5      Social Security Administration
6      160 Spear Street, Suite 800
San Francisco, CA  94105
7      Telephone: (415) 977-8939
Facsimile: (415) 744-0134
8      Email: Jeffrey.Chen@ssa.gov
9  Attorneys for Defendant

10              UNITED STATES DISTRICT COURT

11              EASTERN DISTRICT OF CALIFORNIA

12                  FRESNO DIVISION

13

14  AGUEDA VALENCIA,                    )   Civil No. 1:14-cv-01330-BAM
                                        )
15          Plaintiff,                  )   **STIPULATION AND ORDER FOR A**
                                        )   **FIRST EXTENSION OF TIME FOR**
16          v.                          )   **DEFENDANT TO FILE HER MOTION**
                                        )   **FOR SUMMARY JUDGMENT**
17  CAROLYN W. COLVIN,                  )
18  Acting Commissioner of Social Security, )
                                        )
19          Defendant.                  )
20  _____    )

21          IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and

22  with the approval of the Court, that Defendant shall have a second extension of time of 30 days

23  to file her motion for summary judgment.  Defendant respectfully requests this additional time

24  because he has a very a heavy workload despite due diligence.

25

26

27

28  Stip. to Extend Def.'s MSJ

                                    1

1    The new due date for Defendant's motion for summary judgment will be Monday, July 6,

2    2015.

3

4                                          Respectfully submitted,

5    Date:  *June 4, 2015*                 NEWEL LAW

6                          By:    */s/ Melissa Newel**
                                  MELISSA NEWEL
7                                 * By email authorization on June 2, 2015
                                  Attorney for Plaintiff
8

9    Date:  *June 4, 2015*                 BENJAMIN B. WAGNER
                                           United States Attorney
10

11                         By:    */s/ Jeffrey Chen*
                                  JEFFREY CHEN
12                                Special Assistant United States Attorney
                                  Attorneys for Defendant
13

14

15                                     **ORDER**

16        Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY

17   ORDERED, that Defendant shall have an extension of time, up to and including July 6, 2015, in

18   which to file a cross motion for summary judgment.  All other deadlines set forth in the August

19   
20   28, 2014 Case Management Order are modified accordingly.

21   IT IS SO ORDERED.

22

23        Dated:   **June 5, 2015**              */s/ Barbara A. McAuliffe*

24                                          UNITED STATES MAGISTRATE JUDGE

25

26

27

28

2