1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  JEFFREY CHEN, CSBN 260516
   Special Assistant United States Attorney
5          Social Security Administration
6          160 Spear Street, Suite 800
           San Francisco, CA  94105
7          Telephone: (415) 977-8939
           Facsimile: (415) 744-0134
8          Email: Jeffrey.Chen@ssa.gov
9  Attorneys for Defendant

10                        UNITED STATES DISTRICT COURT
11                        EASTERN DISTRICT OF CALIFORNIA
12                                FRESNO DIVISION
13

14 | AGUEDA VALENCIA,              ) Civil No. 1:14-CV-01330-BAM
15 |                               )
   |      Plaintiff,               ) **STIPULATION AND ORDER FOR A**
16 |                               ) **SECOND EXTENSION OF TIME FOR**
   |      v.                       ) **DEFENDANT TO FILE HER MOTION**
17 |                               ) **FOR SUMMARY JUDGMENT**
   | CAROLYN W. COLVIN,            )
18 | Acting Commissioner of Social Security, )
19 |                               )
   |      Defendant.               )
20 |                               )

21      IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and

22 with the approval of the Court, that Defendant shall have a second extension of time of 30 days

23 to file her motion for summary judgment.  Defendant respectfully requests this additional time to

24 further evaluate a lengthy certified administrative record and because of a preplanned vacation

25 this month.

26

27

28 Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's motion for summary judgment will be Wednesday, August 5, 2015.

Respectfully submitted,

Date: *July 6, 2015*  NEWEL LAW

By: */s/ Melissa Newel*\*  
MELISSA NEWEL  
*\* By email authorization on July 6, 2015*  
Attorney for Plaintiff

Date: *July 6, 2015*  BENJAMIN B. WAGNER  
United States Attorney

By: */s/ Jeffrey Chen*  
JEFFREY CHEN  
Special Assistant United States Attorney  
Attorneys for Defendant

## **ORDER**

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Defendant shall have an extension of time, up to and including August 7, 2015, in which to file a cross motion for summary judgment. All other deadlines set forth in the August 28, 2014 Case Management Order are modified accordingly.

IT IS SO ORDERED.

DATED: 7/8/2015         /s/ Barbara A. McAuliffe  
UNITED STATES MAGISTRATE JUDGE

2