BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| AGUEDA VALENCIA, | ) Civil No. 1:14-cv-01330-BAM |
|     Plaintiff, | ) **STIPULATION AND ORDER FOR A THIRD EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |
|     v. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
|     Defendant. | ) |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a third extension of time of 45 days to file her motion for summary judgment.  Defendant respectfully requests this additional time because of a lengthy certified administrative record and because of an upcoming vacation starting tomorrow and spanning the week of Labor Day.

1

The new due date for Defendant's motion for summary judgment will be Monday, September 23, 2015.

Respectfully submitted,

Date: _September 2, 2015_    NEWEL LAW

By: _/s/ Melissa Newel*_
MELISSA NEWEL
*By email authorization on Sept. 2, 2015*
Attorney for Plaintiff

Date: _September 2, 2015_    BENJAMIN B. WAGNER
United States Attorney

By: _/s/ Jeffrey Chen_
JEFFREY CHEN
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Defendant shall have a 45-day extension, or until September 23, 2015, in which to file an Opposition to Plaintiff's Motion for Summary Judgment. No further extension will be granted without showing of good cause.

IT IS SO ORDERED.

Dated:   **September 8, 2015**              /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE